# Third District Court of Appeal

## State of Florida

Opinion filed May 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0197
Lower Tribunal Nos. F81-28823 & F81-29402

_____

**Carl L. Mullings,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos H. Gamez, Judge.

Carl L. Mullings, in proper person.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.

Before SCALES, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Appellant, Carl L. Mullings, was convicted in 1982 of multiple counts of

armed robbery and sentenced to five consecutive 134-year terms.  Mullings challenges the trial court's order denying his motion for "special consideration" seeking to terminate or modify his sentence to time served to enable his release for deportation.  "As an order denying a motion to correct, reduce, or modify a sentence is not appealable, we dismiss the appeal." Gonzalez-Marham v. State, 346 So. 3d 684 (Fla. 3d DCA 2022) (citing Adams v. State, 487 So. 2d 1209, 1209 (Fla. 4th DCA 1986)); see also Baker v. State, 746 So. 2d 469, 469 (Fla. 2d DCA 1997); Hernandez v. State, 62 So. 3d 1158, 1158 (Fla. 3d DCA 2011); Fla. R. App. P. 9.140(b)(1)).

Dismissed.